NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re: BROADCOM CORPORATION,**
*Petitioner*

---

2022-135

---

On Petition for Writ of Mandamus to the United States District Court for the Western District of Texas in No. 6:21-cv-00542-ADA, Judge Alan D. Albright.

---

**ON PETITION**

---

Upon consideration of the parties' joint request to withdraw this petition "with each party to bear its own costs, expenses, and attorneys' fees," Mot. at 4,

IT IS ORDERED THAT:

The petition is withdrawn.

FOR THE COURT

May 10, 2022                        /s/ Peter R. Marksteiner
    Date                            Peter R. Marksteiner
                                    Clerk of Court